UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-cv-24902-Williams

RONALD WADE,

        Plaintiff,

v.

HIBACHI NOODLE BAR INC D/B/A
HIBACHI GRILL & NOODLE BAR,
ADEL ABU NASSAR A/K/A
ADEL ABUNASSAR,

        Defendants.
_____/

## RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff, Ronald Wade, by and through the undersigned counsel, hereby responds to the Court's Order to Show Cause [DE 8] and shows cause as follows:

1. On April 2, 2019, a member of Plaintiff's counsel's immediate family passed away unexpectedly.

2. Plaintiff's counsel is attending the funeral on April 11, 2019 and will have limited access to computers and email.

3. Although the joint scheduling report and proposed order are a joint responsibility between the parties, Plaintiff's counsel has taken the initiative of preparing and forwarding them to Defendants' counsel for his review.

4. Plaintiff's counsel will file the documents upon confirmation from Defendants' counsel that they are acceptable.

        WHEREFORE, Plaintiff respectfully requests that the Court find good cause.

        Respectfully submitted,

        Koz Law, P.A.
        320 S.E. 9th Street
        Fort Lauderdale, Florida 33316
        Phone: (786) 924-9929
        Fax:    (786) 358-6071
        Email: ekoz@kozlawfirm.com

        _____
        Elliot Kozolchyk, Esq.
        Bar No.: 74791

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on April 10, 2019 with the Clerk of Court using CM/ECF along with having served all counsel of record or pro se parties identified on the service list incorporated herein in the manner specified, either via transmission of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notice of Electronic Filing.

        */s/ Elliot A. Kozolchyk*
        Elliot Kozolchyk, Esq.

## SERVICE LIST

Richard D. Tuschman, Esq.
Richard D. Tuschman, P.A.
8551 W. Sunrise Boulevard, Suite 303
Plantation, Florida 33322
Tel: (954) 369-1050
Fax: (954) 380-8938
Email: rtuschman@gtemploymentlawyers.com, assistant@gtemploymentlawyers.com

*Attorney for Defendants*